IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA

IN RE: )
Paula Bjelke )
　　　Debtor )
)   Cause No. 20-21976
)   Chapter 13

## OBJECTION TO CLAIM 6-1

Debtor, through counsel, hereby objects to claim 6-1 of CACH, LLC/Resurgent Capital Services. This claim is stale and collection of this debt is barred by the six-year statute of limitations of IC 36-11-2-9. The last payment on this account was 2/12 some eighteen years ago.

Respectfully submitted,

/s/
David M. Dabertin 12/7/20
Attorney for Debtor
5246 Hohman Avenue
Hammond, Indiana 46320
(219) 937-1719

CERTIFICATE OF SERVICE

The under-signed hereby certifies that a copy of the foregoing document has been sent via the United States Mail, addressed to: Debtor, CACH, LLC/Resurgent Capital Services P. O. Box 10587 Greenville, SC 29603-0368 via mail postage prepaid and to Paul Chael Trustee 401 West 84th Drive, Suite C Merrillville, Indiana 46410 (via ECF) United States Trustee (via ECF)

/s/
David M. Dabertin 12/7/20