IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE:<br>**Paula Bjelke**<br>Debtor | )<br>)<br>)  Cause No: 20-21976<br>)       Chapter 13 |

## CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION

Under oath, now comes Paula Bjelke and states as follows:

I have made all payments under my domestic support obligation since the filing of my case.

The name and address of the recipient (parent) of this support is:

Steve Bjelke

3577 East 5000 N Road

Bourbonnais IL 60914-0000

I swear or affirm under the penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

X _/s/ Paula C. Bjelke_ Date: 1/5/2021

Paula Bjelke