# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re:  PAULA CONSETTA BJELKE  Case No.:  20-21976 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  10/01/2020.
2) The plan was confirmed on  01/06/2021.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  05/20/2021.
5) The case was converted on  08/17/2021.
6) Number of months from filing or conversion to last payment:  5.
7) Number of months case was pending:  10.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $1,500.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $1,500.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,321.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $60.00 |
| Other: | $119.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $1,500.00 |
| Attorney fees paid and disclosed by debtor: | $15.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN CREDIT SYSTEMS | Unsecured | 255.00 | NA | NA | .00 | .00 |
| AMERICOLLECT | Unsecured | 118.00 | NA | NA | .00 | .00 |
| AT&T MOBILITY II LLC | Unsecured | 2,267.00 | 1,174.19 | 1,174.19 | .00 | .00 |
| CACH LLC | Unsecured | NA | 514.70 | .00 | .00 | .00 |
| CITY OF CROWN POINT | Unsecured | NA | NA | NA | .00 | .00 |
| CITY OF CROWN POINT | Unsecured | NA | NA | NA | .00 | .00 |
| COBB RENTALS | Unsecured | 1,433.00 | NA | NA | .00 | .00 |
| CREDITORS DISC AND AUDIT | Unsecured | 92.00 | NA | NA | .00 | .00 |
| CREDITORS PROTECTION | Unsecured | 309.00 | NA | NA | .00 | .00 |
| FRANK VAGLIKA | Secured | 20,000.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPARTMENT OF REVENUE | Priority | NA | 759.96 | 759.96 | .00 | .00 |
| ILLINOIS DEPARTMENT OF REVENUE | Unsecured | NA | 1,413.95 | 1,413.95 | .00 | .00 |
| IND DEPT OF REV | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 3,212.00 | 3,212.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 23,207.02 | 23,207.02 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re:  PAULA CONSETTA BJELKE                                                                Case No.:  20-21976 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SVC INSLY | Priority | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL | Unsecured | NA | 9,114.18 | 9,114.18 | .00 | .00 |
| KANKAKEE COUNTY CIR COURT | Unsecured | NA | NA | NA | .00 | .00 |
| KANKAKEE COUNTY CIR COURT | Unsecured | NA | NA | NA | .00 | .00 |
| KEYNOTE CONSULTING | Unsecured | 248.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | Unsecured | NA | 710.84 | .00 | .00 | .00 |
| MARKOFF LAW LLC | Unsecured | NA | NA | NA | .00 | .00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 3,893.00 | 3,893.14 | 3,893.14 | .00 | .00 |
| R&A APARTMENTS | Unsecured | NA | NA | NA | .00 | .00 |
| REVCO SOLUTIONS | Unsecured | 261.00 | NA | NA | .00 | .00 |
| SECURITY FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 678.00 | 678.00 | 678.00 | .00 | .00 |
| SPOTLOAN | Unsecured | 675.00 | NA | NA | .00 | .00 |
| STEVE BJELKE | Priority | NA | NA | NA | .00 | .00 |
| STEVE POMMIER | Unsecured | 3,847.00 | NA | NA | .00 | .00 |
| WEINSTEIN & RILEY, P. S. | Unsecured | 140.00 | 136.42 | 136.42 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re: PAULA CONSETTA BJELKE         Case No.: 20-21976 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WEINSTEIN & RILEY, P. S. | Unsecured | 170.00 | 178.57 | 178.57 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 3,971.96 | .00 | .00 |
| **TOTAL PRIORITY:** | 3,971.96 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 39,795.47 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $1,500.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $1,500.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 08/20/2021         By: /s/PAUL CHAEL
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.